

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00813-CV

**IN RE PRECISION SHOOTING EQUIPENT, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On November 21, 2014, relator filed a petition for writ of mandamus complaining of the trial court's failure to set a hearing and rule on a pending motion. By order dated December 3, 2014, this court requested a response to the petition.

On January 9, 2015, the respondent judge filed a response to relator's petition indicating that the trial court is prepared to conduct a hearing at the parties' convenience.

Based on the respondent's response, this original proceeding will be held in ABEYANCE until this court receives notice that a hearing on relator's pending motion has been conducted. Relator is ORDERED to provide this court with a status report no later than February 17, 2015.

It is so **ORDERED** on January 16, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-1280, styled *Precision Shooting Equipment, Inc. v. Manuel Medina III, Individually and d/b/a M3 Outfitters*, pending in the County Court at Law, Zapata County, Texas, the Honorable Joe Rathmell presiding.